# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Ryan M. Olsen                                     Docket No. 5:10-MJ-2071-1

## Petition for Action on Probation

      COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ryan M. Olsen, who, upon an earlier plea of guilty to Driving While Impaired (Level 2), in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on September 13, 2011, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 7 days as arranged by the probation office.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall surrender his North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** While on pretrial supervision, the defendant became actively involved in substance abuse treatment through Integrated Behavioral Healthcare Services, and expressed how beneficial this counseling was to him with regard to his substance abuse issues. However, the defendant is financially unable to continue these services. His counselor expressed how beneficial the counseling was for the defendant and further added that he is one of the few that was actually motivated to engage in recovery. In an effort to assist the defendant in his recovery process, it is respectfully recommended that his conditions of probation be modified to include drug aftercare. The defendant will be obtaining the required substance abuse assessment within the next 30 days.

Ryan M. Olsen
Docket No. 5:10-MJ-2071-1
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

   Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: October 21, 2011 |

### ORDER OF COURT

Considered and ordered this __25th__ day of __October__, 2011, and ordered filed and made a part of the records in the above case.

_/s/ James E. Gates_
James E. Gates
United States Magistrate Judge